ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
LEWIS R. WARREN, ESQ., State Bar 115411
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
(707) 542-5050
(707) 542-2589 Fax
lwarren@abbeylaw.com

Attorneys for Defendants, HAZMAT SOLUTIONS, INC., and MICHAEL JOSEPH WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> HAZMAT SOLUTIONS, INC., a California corporation; and MICHAEL JOSEPH WHITE, an individual, <br><br> Defendants. | Case No. C 06-3607 MJJ <br><br> Civil Rights <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** <br> GRANTED |

    WHEREAS, the above-captioned action was filed on July 13, 2006, and served on July 19, 2006.

    WHEREAS, Defendants' responsive pleading was due to be filed on August 21, 2006.

    WHEREAS, the parties are agreeable to extending by two weeks the time for Defendants to file a responsive pleading while informal settlement discussions take place.

/ / /

/ / /

1

|   |   |   |
|---|---|---|
| 1 | Based upon the foregoing, and in consideration of the foregoing recitals, the parties through their counsel hereby stipulate as follows: Defendants shall have an additional two weeks to file a responsive pleading to Plaintiffs' complaint; the responsive pleading now being due on or before September 5, 2006. | |

Based upon the foregoing, and in consideration of the foregoing recitals, the parties through their counsel hereby stipulate as follows: Defendants shall have an additional two weeks to file a responsive pleading to Plaintiffs' complaint; the responsive pleading now being due on or before September 5, 2006.

Dated: August 23, 2006         ABBEY, WEITZENBERG,
                                WARREN & EMERY, P.C.

                                       /s/
                                By _____
                                   Lewis R. Warren
                                   Attorneys for Defendants

Dated: August 23, 2006         STANTON, KAY & WATSON

                                       /s/
                                By _____
                                   James P. Watson
                                   Attorney for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

Based upon the foregoing stipulation of counsel, and good cause appearing therefor, it is hereby ordered that the time shall be extended to and including September 5, 2006, for Defendants to file a responsive pleading to Plaintiffs' complaint in the above-captioned matter.

Dated: 8/24/2006

_____
JUDGE OF THE U.S. DISTRICT COURT