ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
LEWIS R. WARREN, ESQ., State Bar 115411
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
(707) 542-5050
(707) 542-2589 Fax
lwarren@abbeylaw.com

Attorneys for Defendants, HAZMAT SOLUTIONS, INC., and MICHAEL JOSEPH WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>HAZMAT SOLUTIONS, INC., a California corporation; and MICHAEL JOSEPH WHITE, an individual,<br><br>Defendants. | Case No. C 06-3607 MJJ<br><br>Civil Rights<br><br>**REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE; ~~PROPOSED~~ ORDER THEREON**<br><br>Date: September 12, 2006<br>Time: 2:00 p.m.<br>Ctrm: 11 |

Pursuant to Local Rule of Civil Procedure 16-10(a), Lewis Warren, counsel for Defendants hereby requests to appear telephonically [(707) 542-5050] at the Initial Case Management Conference scheduled in Courtroom 11, at 2:00 p.m., on September 12, 2006.

Said counsel hereby served a copy of this request on counsel for all parties.

Dated: August 25, 2006          ABBEY, WEITZENBERG,
WARREN & EMERY, P.C.

By _____
Lewis R. Warren
Attorneys for Defendants

1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

    Having read the above request to attend the Initial Case Management Conference via telephone, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Lewis Warren, counsel for Defendants, is hereby permitted to appear telephonically at the Initial Case Management Conference scheduled in Courtroom 11, at 2:00 p.m., on September 12, 2006. Please contact the Court at (415) 522-2123 for further details.

Dated:    8/29/2006

_____
JUDGE OF THE U.S. DISTRICT COURT

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401.

On the date below, I served the following document(s):

**REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE; PROPOSED ORDER THEREON**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James P. Watson
STANTON, KAY & WATSON
101 New Montgomery Street, 5th Floor
San Francisco, CA 94105
(415) 512-3501 • (415) 512-3515 Fax
**Attorneys for Plaintiffs**

___ **(BY MAIL)** I placed each such sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the law office of Abbey, Weitzenberg, Warren & Emery for processing of mail, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for processing.

___ **(BY OVERNIGHT MAIL SERVICE)** I caused each such envelope to be delivered by overnight mail service to the addressee(s) noted above.

___ **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August _____, 2006 at Santa Rosa, California.

_____
Lori Kolacek