ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
LEWIS R. WARREN, ESQ., State Bar 115411
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
(707) 542-5050
(707) 542-2589 Fax
lwarren@abbeylaw.com

Attorneys for Defendants, HAZMAT SOLUTIONS, INC., and MICHAEL JOSEPH WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>HAZMAT SOLUTIONS, INC., a California corporation; and MICHAEL JOSEPH WHITE, an individual,<br><br>Defendants. | Case No. C 06-3607 MJJ<br><br>Civil Rights<br><br>**REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE; ~~PROPOSED~~ ORDER THEREON**<br><br>**Date: November 14, 2006**<br>**Time: 2:00 p.m.**<br>**Ctrm: 11** |

Pursuant to Local Rule of Civil Procedure 16-10(a), Lewis Warren, counsel for Defendants hereby requests to appear telephonically [(707) 542-5050] at the Initial Case Management Conference scheduled in Courtroom 11, at 2:00 p.m., on November 14, 2006.

Said counsel hereby served a copy of this request on counsel for all parties.

Dated: October 18, 2006        ABBEY, WEITZENBERG,
                                            WARREN & EMERY, P.C.

                                            By _____/s/_____
                                               Lewis R. Warren
                                               Attorneys for Defendants

1

## ORDER

Having read the above request to attend the Initial Case Management Conference via telephone, and good cause appearing therefor,

IT IS HEREBY ORDERED that Lewis Warren, counsel for Defendants, is hereby permitted to appear telephonically at the Initial Case Management Conference scheduled in Courtroom 11, at 2:00 p.m., on November 14, 2006.

Please contact the Court at (415) 522-2123 for further instructions.

Dated: 10/19/2006

_____
JUDGE OF THE U.S. DISTRICT COURT

2