James P. Watson, Esq. (SBN 046127)
Bruce K. Leigh, Esq. (SBN 129753)
Anne Bevington, Esq. (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES FOR THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>HAZMAT SOLUTIONS, INC., a California corporation; and MICHAEL JOSEPH WHITE, an individual,<br><br>Defendants. | Case No.: C 06-3607 MJJ<br><br>Civil Rights<br><br>**REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE;** ~~PROPOSED~~ **ORDER THEREON**<br><br>Date: November 14, 2006<br>Time: 2:00 p.m.<br>Ctrm: 11<br>**Before the Honorable Martin J. Jenkins** |

Pursuant to Local Rule of Civil Procedure 16-10(a), James P. Watson, counsel for Plaintiff hereby requests to appear telephonically [415-512-3501] at the Initial Case Management Conference scheduled in Courtroom 11, at 2:00 p.m., on November 14, 2006.

DATED: October 20, 2006                                        STANTON, KAY & WATSON, LLP


By: */s/ James P. Watson*
James P. Watson
Attorneys for Plaintiffs

-1-
**REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE;** ~~PROPOSED~~ **ORDER THEREON**

# ORDER

Having read the above request to attend the Initial Case Management Conference via telephone, and good cause appearing therefor,

IT IS HEREBY ORDERED that James P. Watson, counsel for Plaintiffs, is hereby permitted to appear telephonically at the Initial Case Management Conference scheduled in Courtroom 11, at 1:45 p.m., on November 14, 2006. The plaintiff is designated to initiate the conference call and must contact the court at least one (1) day prior to the conference at (415) 522-2123.

Dated: October 24, 2006

_____
JUDGE OF THE U.S. DISTRICT COURT

F:\CASES\7000\7000.1056 Hazmat Solutions\PLEADINGS\CMC Statement.doc